## THE STATE *v.* TAYLOR.

APPEAL from the *Grant* Court of Common Pleas.

*Per Curiam.*—Information against *Taylor* for failing to comply with the assessment law. On motion of *Taylor*, the Court below quashed the information. The State appeals.

This case is similar to that of *The State* v. *Atkinson*, decided at the present term (1).

For the reasons there given, the same judgment must follow.

Nov. Term,
1856.

The judgment is affirmed.

*J. Brownlee,* for the State.

*J. M. Harlan,* for the appellee.

